**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JESENIA RAMIREZ,

                Plaintiff,                23 **CIVIL** 5806 (VSB)

    -v-                                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 18, 2024, the Court has reviewed Judge Moses's Report & Recommendation for clear error and, after careful review, find none. The Report & Recommendation is ADOPTED in its entirety and this action is remanded to the Commissioner for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
          June 18, 2024

                                            **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                          **BY:**     *K. Mango*

                                              **Deputy Clerk**